IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**GEORGE EDWARD ADAMS III**                                **PLAINTIFF**
**ADC #154094**

v.                         No: 2:21-cv-00152-PSH

**ROOSEVELT BARDEN,** *et al.*                               **DEFENDANTS**

## ORDER

This case is dismissed without prejudice because George Edward Adams III has failed to comply with the order (Doc. No. 63) directing him to pay the filing fee or to file an application to proceed *in forma pauperis* that reflects his free-world financial status. *See* Local Rule 5.5(c)(2). It is certified that an *in forma pauperis* appeal from this order and accompanying judgment would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 22nd day of November, 2022.

_____
UNITED STATES MAGISTRATE JUDGE