# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**GEORGE EDWARD ADAMS III**  **PLAINTIFF**
**ADC #154094**

v.                    No: 2:21-cv-00152-PSH

**ROOSEVELT BARDEN,** *et al.*            **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 22nd day of November, 2022.

_____
UNITED STATES MAGISTRATE JUDGE